UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFID AL ATTAR,<br><br>  Plaintiff,<br><br>  v.<br><br>MERRICK B. GARLAND, et al.<br><br>  Defendants. | No. 2:23-cv-00925-DAD-JDP<br><br>ORDER GIVING EFFECT TO PARTIES' STIPULATION AND REMANDING CASE PURSUANT TO 8 U.S.C. § 1447(b)<br><br>(Doc. No. 6) |

On June 29, 2023, the parties filed a stipulation agreeing to remand this case for adjudication pursuant to 8 U.S.C. § 1447(b). (Doc. No. 6.)  Pursuant to the parties' stipulation, this case is hereby remanded to the U.S. Citizenship and Immigration Services with instructions to adjudicate the matter within ninety (90) days of the order of remand. The Clerk of the Court is directed to close this case.

  IT IS SO ORDERED.

Dated:  **June 30, 2023**

  _Dale A. Drozd_
  UNITED STATES DISTRICT JUDGE

1